JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER EUGENE HOOPER,<br>aka "MESSY,"<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition;<br>Count II: 21 U.S.C. § 841(a)(1) Possession of Methamphetamine with Intent to Distribute;<br>Count III: 18 U.S.C. § 924(c)(1)(A), Carrying a Firearm During and in Relation to a Drug Trafficking Crime.<br><br>Case: 2:18-cr-00158<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 3/21/2018<br>Description: |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about February 21, 2018, in the Central Division of the District of Utah,

CHRISTOPHER EUGENE HOOPER
aka "MESSY,"

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm; to wit: a Sig Sauer Model P238 .380 caliber pistol and associated ammunition, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about February 21, 2018, in the Central Division of the District of Utah,

CHRISTOPHER EUGENE HOOPER
aka "MESSY,"

defendant herein, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT III
18 U.S.C. § 924(c)(1)(A)
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 21, 2018, in the Central Division of the District of Utah,

CHRISTOPHER EUGENE HOOPER
aka "MESSY,"

defendant herein, did knowingly carry a firearm during and in relation to a drug trafficking crime, to wit: Possession of Methamphetamine with Intent to Distribute, in violation of 21

U.S.C. § 841(a)(1) as alleged in Count II of this Indictment, which Count in incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney